In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline

an Attorney (DANIEL J. McPARLAND.) — On consent, respondent disbarred and his name ordered stricken from the roll of attorneys. Order signed. Present — Lazansky, P. J., Rich Kapper, Hagarty and Scudder, JJ.